UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) |
| Socrates Petronikolos | ) Chapter 13 Case No.  04-61021 |
| | ) |
| Debtors | ) |

**NOTICE OF MOTION FOR DEPOSIT OF FUNDS
INTO U. S. TREASURY FUND 6047BK**

Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $41.84 into U. S. Treasury Fund 6047BK for the following reasons:

1. That the debtor herein filed a Petition for Relief under Chapter 7 of the U.S. Bankruptcy Code.

2. That the debtor's case was completed in November 2009 and a refund check was sent to the Debtor in the amount of $41.84 in December.

3. To date said check remains uncashed.

WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $41.84 into U.S. Treasury Fund 6047BK on behalf of Debtor, Socrates Petronikolos, whose last known address was 2681 E. 62nd Place, Hobart, IN 46342.

**/s/   Paul R. Chael**
Paul R. Chael, Trustee
Indiana Attorney #3881-45

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Motion was sent electronically on March 25, 2010 to the attorney for the debtor and the United States Trustee and the debtor at 2681 E. 62nd Place, Hobart, IN 46342.

/s/   Paul R. Chael
Paul R. Chael, Chapter 13 Trustee
401 W. 84th Drive, Suite C
Merrillville, IN 46410
(219) 650-4015